JMM:SCF
F.#2011R02113

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

SCOTT MICHAEL MULLIGAN,

          Defendant.

- - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 12-2
(T. 18, U.S.C., §§ 33, 34, 2
and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION

At all times relevant to this Information, unless otherwise indicated:

1. Mid-Island Check-Cashing Corporation ("Mid-Island") was a check-cashing business located in Massapequa, New York. Mid-Island owned and operated armored vans that served as mobile check-cashing outlets for the employees of Mid-Island's customers, which included businesses located on Long Island, New York and in New Jersey. Mid-Island's armored vans were "motor vehicles" as defined in Title 18, United States Code, Section 31(a)(6).

2. Volt Information Sciences, Inc. ("Volt") was a customer of Mid-Island located in Syosset, New York.

3. Julius Baumgardt ("Baumgardt") and Walter Tully ("Tully") were persons employed by Mid-Island who jointly operated a Mid-Island armored van. On or about June 23, 1994, Baumgardt and Tully were assigned to deliver United States currency to Volt. As Baumgardt and Tully approached the Volt premises, Christian Tarantino ("Tarantino"), Louis Dorval ("Dorval") and Co-Conspirator #1, an individual whose identity is known to the United States Attorney, approached Baumgardt and Tully, brandished firearms and ordered Baumgardt and Tully to lay on the ground. At the same time, the defendant SCOTT MICHAEL MULLIGAN provided counter-surveillance for Tarantino, Dorval and Co-Conspirator #1 by acting as a lookout and by monitoring a police radio frequency scanner.

4. After Tarantino, Dorval and Co-Conspirator #1 subdued Baumgardt and Tully, and as Tully lay face-down and handcuffed, Dorval shot and killed Baumgardt. Tarantino, Dorval and Co-Conspirator #1 then grabbed two briefcases carried by Baumgardt, containing the United States currency.

### WILLFULLY ENDANGERING THE SAFETY OF A COMMERCIAL MOTOR VEHICLE OPERATOR RESULTING IN DEATH

5. The allegations contained in paragraphs 1 through 4 are realleged and incorporated as if fully set forth in this paragraph.

6. On or about June 23, 1994, within the Eastern District of New York, the defendant SCOTT MICHAEL MULLIGAN,

together with others, willfully and with a reckless disregard for the safety of human life, disabled and incapacitated Julius Baumgardt and Walter Tully, who were drivers and persons employed in connection with the operation of a motor vehicle used, operated and employed in interstate commerce, to wit: a Mid-Island armored van, and lessened the ability of said persons to perform their duties, which offense resulted in the death of Julius Baumgardt.

(Title 18, United States Code, Sections 33, 34, 2 and 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

FORM DBD-34
JUN. 85

No. 2011R02113

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

SCOTT MICHAEL MULLIGAN

Defendant.

## INFORMATION

T. 18, U.S.C., §§ 33, 34 2 and 3551 et seq.

*A true bill.*

_____
*Foreman*

*Filed in open court this _____ day,*

*of _____ A.D. 19 _____*

_____
*Clerk*

*Bail, $ _____*

_____

SEAN C. FLYNN (631) 715-7837